**John William GILAM**

v.

**STATE**

**CR-13-1337**

Court of Criminal Appeals of Alabama.

01/09/2015

Reh. denied 03/12/2015

Dismissed

■

**Crystal Ann JONES**

v.

**STATE**

**CR-13-1339**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

■

**Frank James CARTER**

v.

**STATE**

**CR-13-1359**

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

■

**Omar FEGGINS**

v.

**STATE**

**CR-13-1360**

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/27/2015

Affirmed

■

**Vincent Luvaron HOLMES**

v.

**STATE**

**CR-13-1363**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied